## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**CHARLES SIOLARO, M.D., and**
**KANSAS HEART**
**AND LUNG SURGERY, INC.,**
       **Plaintiffs,**

v.              Case No:  08-2399-CM

**PROVIDENCE MEDICAL CENTER, INC.**
**MICHAEL J. BEEZLEY, M.D.**
**LORI A. LINDSTROM, M.D.**
**WADE L. WILLIAMS, M.D. and**
**MICHAEL F. MEURER, M.D.,**
       **Defendants.**

### ORDER

  Plaintiff's filed a Dismissal without Prejudice (Doc. 3) on September 17, 2008.  Service of the complaint has been made but no appearance has been entered or answer has been made by defendants.  Accordingly, it is hereby

  ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed without prejudice.

  IT IS SO ORDERED this 19th day of September, 2008.

                 s/ Carlos Murguia
                **Carlos Murguia**
                **United States District Judge**